FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

FEB 1 2 2008

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR. NO. __1:08cr29-MEF__ |
| | ) | [18 USC 924(c)(1)(A)(i); |
| LEMONT ISRAEL NORWOOD | ) | 18 USC 2; |
| JASON EVERETT WALKER | ) | 21 USC 841(a)(1)] |
| | ) | |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about February 24, 2007, in Dale County, within the Middle District of Alabama,

LEMONT ISRAEL NORWOOD, and
JASON EVERETT WALKER,

defendants herein, while aiding and abetting each other, did knowingly and intentionally possess with intent to distribute marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT 2

On or about February 24, 2007, in Dale County, within the Middle District of Alabama,

LEMONT ISRAEL NORWOOD, and
JASON EVERETT WALKER,

defendants herein, while aiding and abetting each other, knowingly used and carried firearms, to wit,

1) a Ruger, Model P89, 9 mm pistol, a better description of which is unknown to the grand jury; and

2) a Maverick Arms, 12 gauge shotgun, a better description of which is unknown to the grand jury;

during and in relation to, and possessed said firearms in furtherance of, a drug trafficking crime for

which they may be prosecuted in a Court of the United States, to-wit: possession with intent to distribute marijuana, as charged in Count 1, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(I) and 2.

## FORFEITURE ALLEGATION - 1

A.  Counts 1 through 2 of this indictment are hereby repeated and incorporated herein by reference.

B.  Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 1 of this indictment the defendants,

LEMONT ISRAEL NORWOOD, and
JASON EVERETT WALKER,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of these offenses, including but not limited to the following:

1)  a Ruger, Model P89, 9 mm pistol, a better description of which is unknown to the grand jury;

2)  a Maverick Arms, 12 gauge shotgun, a better description of which is unknown to the grand jury.

C.  If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1)  cannot be located upon the exercise of due diligence;

(2)  has been transferred, sold to, or deposited with a third person;

(3)  has been placed beyond the jurisdiction of the court;

(4)  has been substantially diminished in value; or,

(5)  has been commingled with other property which cannot be divided without

difficulty; the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the property described above.

All in violation of Title 18, United States Code, Section 922.

## FORFEITURE ALLEGATION - 2

A.  Counts 1 through 2 of this indictment are hereby repeated and incorporated herein by reference.

B.  Upon conviction for the violation as alleged in Counts 1 and 2 of this indictment, the defendants,

LEMONT ISRAEL NORWOOD, and
JASON EVERETT WALKER,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendants obtained, directly or indirectly, as a result of the violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense.

C.  If any of the forfeitable property described in this forfeiture allegation, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be subdivided without difficulty, the United States, pursuant to Title 21, United States Code, Section 853, as incorporated

by Title 28, United States Code, Section 2461(c), intends to seek an order of this Court forfeiting any other property of said defendants up to the value of the property described above.

All in violation of Title 21, United States Code, Section 841.

A TRUE BILL:

_____
Foreperson

_____
Tommie Brown Hardwick
Assistant United States Attorney

_____
Matthew W. Shepherd
Assistant United States Attorney

4