CLOSED

# U.S. District Court [LIVE]
## Western District of Texas (Austin)
## CRIMINAL DOCKET FOR CASE #: 1:08-mj-00072-AWA-1

# Internal Use Only

Case title: USA v. Walker

Date Filed: 02/25/2008
Date Terminated: 02/28/2008

Assigned to: Judge Andrew W. Austin

### Defendant (1)

**Jason Everett Walker**
*TERMINATED: 02/28/2008*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:924C.F Firearm in furtherance of drug trafficking crime - Middle | |

District of Alabama case

**Plaintiff**

USA            represented by    **Ashley Chapman Hoff**
U.S. Attorney's Office
816 Congress Ave.
Suite 1000
Austin, TX 78701
(512) 916-5858
Fax: 512/916-5854
Email: ashley.hoff@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/25/2008 | 1 | Arrest (Rule 5) of Jason Everett Walker (lc, ) (Entered: 02/26/2008) |
| 02/25/2008 | 2 | Minute Entry for proceedings held before Judge Andrew W. Austin:Initial Appearance in Rule 5(c)(3) Proceedings as to Jason Everett Walker held on 2/25/2008 (Minute entry documents are not available electronically.) (Court Reporter ERO.) (lc, ) (Entered: 02/26/2008) |
| 02/25/2008 | 3 | Minute Entry for proceedings held before Judge Andrew W. Austin:Detention Hearing as to Jason Everett Walker held on 2/25/2008 (Minute entry documents are not available electronically.) (Court Reporter ERO.) (lc, ) (Entered: 02/26/2008) |
| 02/25/2008 | 4 | WAIVER - Rule 5 as to Jason Everett Walker. (lc, ) (Entered: 02/26/2008) |
| 02/25/2008 | 5 | WITNESS/EXHIBIT LIST as to Jason Everett Walker (original exhibits forwarded to Middle District of Alabama on this date with paperwork for Lemont Norwood) (lc, ) (Entered: 02/26/2008) |
| 02/25/2008 | 6 | ORDER Setting Conditions of Release as to Jason Everett Walker (1) $50,000.00 unsecured. Signed by Judge Andrew W. Austin. (lc, ) (Entered: 02/26/2008) |
| 02/25/2008 | 7 | unsecured Bond Filed as to Jason Everett Walker in amount of |

| | | |
|---|---|---|
| | | $ 50,000.00. (lc, ) (Entered: 02/26/2008) |
| 02/25/2008 | 8 | ORDER that defendant appear in district of prosecution as to Jason Everett Walker. Signed by Judge Andrew W. Austin. (lc, ) (Entered: 02/27/2008) |
| 02/28/2008 | | (Court only) ***Terminated defendant Jason Everett Walker, pending deadlines, and motions. (lc, ) (Entered: 02/28/2008) |
| 02/28/2008 | | Copy of docket sheet and original exhibits forward to Middle District of Alabama on this date as to Jason Everett Walker (lc, ) (Entered: 02/28/2008) |

FILED
FEB 2 5 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **Waiver of Rule 5 & 5.1 Hearings** |
| | § | (Complaint/Indictment) |
| vs. | § | |
| | § | Case Number: AU:08-M -00072(1) |
| (1) JASON EVERETT WALKER | § | |
| *Defendant* | § | *Charging District Case No.: 1:08CR29MEF* |

　　I understand that charges are pending in the Middle District of Alabama alleging violation of and that I have been arrested in this district and taken before a judge, who informed me of the charge(s) and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel: (2) an identity hearing to determine whether I am the person named in the charge(s); (3) a preliminary hearing (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; (4) request transfer of the proceedings to this district under Federal Rule of Criminal Procedure 20, in order to plead guilty.

　　I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

　　(✓)　identity hearing.

　　(　)　identity hearing and I have been informed I have no right to a preliminary hearing.

　　(　)　identity hearing but request a preliminary hearing be held in the prosecuting district, and I waive my right to have this hearing take place within 10 days of this date.

　　(　)　invoke my right to have a hearing on the government's motion for detention, but ask that the hearing be held in the prosecuting district. I understand that this request may result in a delay of the hearing and I ask the court to find that good cause exists to extend the time allowed for that hearing.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Jason Everett Walker
　　　　　　　　　　　　　　　　　　　　　　　(1) JASON EVERETT WALKER, *Defendant*

February 25, 2008　　　　　　　　　　　　　　/s/ Derek Yarbrough
*Date*　　　　　　　　　　　　　　　　　　　　Derek Yarbrough
　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*

✤AO 199A    (Rev. 6/97) Order Setting Conditions of Release    Page 1 of ___3___ Pages

# UNITED STATES DISTRICT COURT

**FILED**
FEB 2 5 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

___WESTERN___ District of ___TEXAS___

United States of America

V.

___JASON EVERETT WALKER___
Defendant

**ORDER SETTING CONDITIONS
OF RELEASE**

Case Number:    A-08-72M (M.D. Ala. No. 1:08CR29-MEF)

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) ___US Courthouse___
Place
___in Montgomery, AL___ on ___when notified.___
Date and Time

**Release on Personal Recognizance or Unsecured Bond**

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ✔ ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of ___fifty thousand and xx/100___ dollars ($ _50,000.00_ )
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL    SERVICES    U.S. ATTORNEY    U.S. MARSHAL

Case 1:08-cr-00029-MEF-TFM   Document 7   Filed 03/03/2008   Page 6 of 10
Case 1:08-mj-00072-AWA   Document 6   Filed 02/25/2008   Page 2 of 3

⬧AO 199B   (Rev. 5/99) Additional Conditions of Release

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.

IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
(Name of person or organization) _____
(Address) _____
(City and state) _____ (Tel. No.) _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____
Custodian or Proxy      Date

( X ) (7) The defendant shall:
( X ) (a) report to the  U.S. Pretrial Service Office ,
telephone number  916-5761 , not later than  as directed .
( ) (b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property:
( ) (c) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described
( ) (d) execute a bail bond with solvent sureties in the amount of $ _____ .
( X ) (e) maintain or actively seek employment.
( ) (f) maintain or commence an education program.
( ) (g) surrender any passport to: _____
( ) (h) obtain no passport.
( X ) (i) abide by the following restrictions on personal association, place of abode, or travel:
travel limited to Travis and surrounding counties and to Middle District of Alabama for court, unless permission is obtained from Pretrial Officer.
( X ) (j) avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to:  co-defendant
( ) (k) undergo medical or psychiatric treatment and/or remain in an institution as follows: _____
( ) (l) return to custody each (week) day as of _____ o'clock after being released each (week) day as of _____ o'clock for employment, schooling, or the following limited purpose(s):
( ) (m) maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.
( X ) (n) refrain from possessing a firearm, destructive device, or other dangerous weapons.
( X ) (o) refrain from ( ) any ( X ) excessive use of alcohol.
( X ) (p) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
( X ) (q) submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.
( X ) (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.
( ) (s) refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is (are) required as a condition(s) of release.
( ) (t) participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) will or ( ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.
   ( ) (i) Curfew. You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
   ( ) (ii) Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or
   ( ) (iii) Home Incarceration. You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.
( ) (u) report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.
( ) (v) _____
( ) (w) _____
( ) (x) _____

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICES   U.S. ATTORNEY   U.S. MARSHAL

Case 1:08-cr-00029-MEF-TFM     Document 7     Filed 03/03/2008     Page 7 of 10
Case 1:08-mj-00072-AWA     Document 6     Filed 02/25/2008     Page 3 of 3

✤AO    (Rev.6/97) Advise of Penalties . . .                                                                 Page ___3___ of ___3___ Pages

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

## Directions to United States Marshal

( X ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

February 25, 2008                                   _____
                                                     Signature of Judicial Officer

                                                     Andrew W. Austin, United States Magistrate Judge
                                                     Name and Title of Judicial Officer

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

# UNITED STATES DISTRICT COURT

__WESTERN__ District of __TEXAS__

FILED
FEB 2 5 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA
V.

## APPEARANCE BOND

__JASON EVERETT WALKER__
Defendant

Case Number: A-08-72M (M.D. Ala. No. 1:08CR29-MEF)

Non-surety: I, the undersigned defendant acknowledge that I and my . . .
Surety: We, the undersigned, jointly and severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ __50,000.00__ , and there has been deposited in the Registry of the Court the sum of
$ _____ in cash or __N/A__ (describe other security.)

The conditions of this bond are that the defendant __JASON EVERETT WALKER__
(Name)
is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on __February 25, 2008__ a __Austin, Texas__
Date                                                              Place

Defendant _[signature]_____ Address _____

Surety _____ Address _____

Surety _____ Address _____

Signed and acknowledged before me     __February 25, 2008__
and approved                                                 Date

_[signature]_
United States Magistrate Judge

AO 467 (Rev. 9/03) Order for Defendant to Appear

# UNITED STATES DISTRICT COURT

FILED
FEB 2 5 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

__WESTERN__ DISTRICT OF __TEXAS__

UNITED STATES OF AMERICA

V.

JASON EVERETT WALKER

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER: __A-08-72M__

CHARGING DISTRICTS
CASE NUMBER: __1:08-cr 29 MEF__

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the __Middle__ District of __Alabama__; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the __Middle District of Alabama__ for deposit into the registry of that Court. The defendant shall appear at all proceedings as required. The defendant shall next appear at the U.S. Courthouse, __One Church Street, Montgomery, Alabama, 36104__ on __when notified__.

*Place and Time*

*Signature of Judge* (signed)

__February 25, 2008__       __Andrew W. Austin, United States Magistrate Judge__
*Date*                      *Name and Title of Judge*

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

FILED
FEB 2 5 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

UNITED STATES OF AMERICA §
§
vs. §                **EXHIBIT AND WITNESS LIST**
§
§   Case Number:  AU:08-M-00068(1)
(1) LEMONT ISRAEL NORWOOD §                   AU:08-M-00072(1)
JASON EVERETT WALKER
*Defendant*

| Presiding Judge | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|
| ANDREW W AUSTIN | Ashley Hoff | Lee Knowles and Derek Yarbrough |
| Trial/Hearing Date | Court Reporter | Courtroom Deputy |
| 02/25/2008 | FTR Gold - Linda Clevenger | Linda Clevenger |

| Plf No. | Def No. | Date Offered | Marked | Admitted | Descriptions of Exhibits* and Witnesses |
|---|---|---|---|---|---|
| 1 | | 2/25/08 | X | X | photograph |
| 2 | | 2/25/08 | X | X | photograph |
| 3 | | 2/25/08 | X | X | photograph |
| 4 | | 2/25/08 | X | X | photograph |
| 5 | | 2/25/08 | X | X | photograph |
| 6 | | 2/25/08 | X | X | photograph |
| 7 | | 2/25/08 | X | X | photograph |
| 8 | | 2/25/08 | X | X | photograph |
| 9 | | 2/25/08 | X | X | photograph |
| 10 | | 2/25/08 | X | X | Midland City Police Department |
| X | | 2/25/08 | | | Agent Matt Merkel, witness #1 |
| | 1 | 2/25/08 | X | X | Lab Report |