# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | * | |
| | * | |
| vs. | * | Case No: 1:08cr-00029-MEF/TFM |
| | * | |
| **JASON EVERETT WALKER, et al.,** | * | |
| | * | |
| Defendants. | * | |

## ENTRY OF APPEARANCE

*COMES NOW* the undersigned attorney and hereby enters his appearance as retained counsel of record for **Jason Everett Walker,** Defendant in the above-styled cause. The provisions limiting the period of the undersigned's employment are that the said attorney is retained to represent the Defendant through the trial and sentencing portions of this case only.

        **s/ Derek E. Yarbrough**
        **Derek E. Yarbrough**
        Bar Number: ASB-6664-R63D
        **Attorney for Defendant**
        Motley, Motley & Yarbrough, LLC
        Dan Clemmons Building
        117 East Main Street
        Dothan, Alabama 36301
        Telephone: (334) 793-0051
        Fax: (334) 793-9845
        E-mail: motley@graceba.net

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | * | |
| | * | |
| vs. | * | Case No: 1:08cr-00029-MEF/TFM |
| | * | |
| **JASON EVERETT WALKER, et al.,** | * | |
| | * | |
| Defendants. | * | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2008, my Entry Of Appearance on behalf of Jason Everett Walker was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Matthew W. Shephard  
U.S. Attorney's Office  
P.O. Box 197  
Montgomery, AL 36101-0197  
Telephone: 334-223-7280  
Facsimile: 334-223-7135  
matthew.shepherd@usdoj.gov

Tommie Brown Hardwick  
U.S. Attorney's Office  
P.O. Box 197  
Montgomery, AL 36101-0197  
Telephone: 334-223-7280  
Facsimile: 334-223-7135  
tommie.hardwick@usdoj.gov

and a copy has been mailed by United States Postal Service to the following non-CM/ECF participants: None

**s/ Derek E. Yarbrough**  
**Derek E. Yarbrough**  
Bar Number: ASB-6664-R63D  
**Attorney for Defendant**  
Motley, Motley & Yarbrough, LLC  
Dan Clemmons Building  
117 East Main Street  
Dothan, Alabama 36301  
Telephone: (334) 793-0051 Facsimile 793-9845  
E-mail: motley@graceba.net