# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | * | |
| | * | |
| vs. | * | Case No: 1:08-cr-00029-MEF/TFM |
| | * | |
| **JASON EVERETT WALKER, et al.,** | * | |
| | * | |
| Defendants. | * | |

### MOTION FOR EXTENSION OF DEADLINE AND/OR
### MOTION FOR LEAVE TO FILE EXTRAORDINARY PRE-TRIAL MOTIONS

*COMES NOW* Defendant **Jason Everett Walker**, by and through his undersigned attorney and moves this Honorable Court to extend the deadline to file pretrial motions other than Rule 26 discovery requests, and to extend the other deadlines contained in the Court's Order On Arraignment dated April 2, 2008, and in support of the request shows the following:

1. Defendant's counsel underwent orthopedic surgery on April 2, 2008, and expected to be confined no longer than three to five days; however, counsel also contracted a virus which has lengthened his confinement period.

2. Defendant's counsel has consulted with the United States Attorney, who does not oppose this motion.

*WHEREFORE*, in the interest of justice, and in order to afford the Defendant effective assistance of his retained counsel, Defendant moves the Court for the following relief:

A. An extension of the pre-trial motions deadline contained in the Court's Order issued April 2, 2008, for a period of not less than ten days; and/or

B. An Order granting Defendant leave to file pre-trial motions made necessary as a result of his review of the government's discovery documents past the April 9, 2008, deadline; and/or

      C.  An Order extending all deadlines and resetting all hearings contained in the Court's April 2, 2008, Order; and/or

      D.  Such other, further or different relief as the Court deems appropriate in the premises and such as will promote the ends of justice.

      Respectfully submitted,

                               **s/ Derek E.  Yarbrough**
                                 **Derek E. Yarbrough**
                                 Bar Number: ASB-6664-R63D
                                 **Attorney for Defendant Jason Everett Walker**
                                 Motley, Motley & Yarbrough, LLC
                                 Dan Clemmons Building
                                 117 East Main Street
                                 Dothan, Alabama 36301
                                 Telephone:  (334) 793-0051
                                 Fax: (334) 793-9845
                                 E-mail: motley@graceba.net

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | * | |
| | * | |
| vs. | * | Case No: 1:08-cr-00029-MEF/TFM |
| | * | |
| **JASON EVERETT WALKER, et al.,** | * | |
| | * | |
| Defendants. | * | |

## CERTIFICATE OF SERVICE

     I hereby certify that on April 2, 2008, the foregoing motion to extend deadlines was filed on behalf of Defendant Jason Everett Walker with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Matthew W. Sheppard | Tommie Brown Hardwick |
| U.S. Attorney's Office | U.S. Attorney's Office |
| P.O. Box 197 | P.O. Box 197 |
| Montgomery, AL 36101-0197 | Montgomery, AL 36101-0197 |
| Telephone: 334-223-7280 | Telephone: 334-223-7280 |
| Facsimile: 334-223-7135 | Facsimile: 334-223-7135 |
| matthew.shepherd@usdoj.gov | tommie.hardwick@usdoj.gov |

and a copy has been mailed by United States Postal Service to the following non-CM/ECF participants: None

                                     **s/ Derek E. Yarbrough**
                                     **Derek E. Yarbrough**
                                     Bar Number: ASB-6664-R63D
                                     Attorney for Defendant Jason Everett Walker
                                     Motley, Motley & Yarbrough, LLC
                                     Dan Clemmons Building
                                     117 East Main Street
                                     Dothan, Alabama 36301
                                     Telephone: (334) 793-0051 Facsimile 793-9845
                                     E-mail: motley@graceba.net