IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO |
| | ) | 1:08CR029-MEF |
| JASON EVERETT WALKER | ) | |

**ORDER**

The Motion for Extension of Time to file Pretrial Motions and Request for Other Relief filed by Jason Everett Walker (Doc. 23) is GRANTED. All pretrial motions by the defendant must be filed on or before April 22, 2008. The pretrial conference currently set for 4/14/08 **is reset for 4/25/2008, at 11:00 a.m.** before the undersigned Magistrate Judge in Courtroom 4-A. All other deadlines set forth in the Order on Arraignment remain in effect.

Done this 8th day of April, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE