IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE NO. 1:08-cr-29-MEF |
| ) | |
| LEMONT ISREAL NORWOOD ) | |
| JASON EVERETT WALKER ) | |

## **O R D E R**

It is hereby ORDERED that a status conference is set in this case on May 8, 2008 at 2:30 p.m. by conference call arranged by counsel for the government.

DONE this the 16th day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE