IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | Case No. 1:08cr29-MEF |
| | ) | |
| JASON EVERETT WALKER | ) | |

**ORDER**

It is ORDERED that, pursuant to the Defendant's *Motion to Suppress* (filed 4/22/2008, Doc. #31), a hearing is set for **5/16/2008 at 10:00 a.m.** in Courtroom 4A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge. The United States shall **file a response to Defendant's *Motion* to Suppress on or before May 2, 2008.**

DONE, this 24th day of April, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATE MAGISTRATE JUDGE