IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | Case No. 1:08cr29-MEF |
| ) | |
| LEMONT ISRAEL NORWOOD and ) | |
| JASON EVERETT WALKER ) | |

**ORDER**

It is hereby ORDERED that a joint telephonic pretrial conference shall be conducted in this case on **Thursday, May 22, 2008, at 10:00 am.** The Court will initiate the calls to the parties.

It is further ORDERED that the deadline for Defendants' Notice of Intent to Change Plea is set for **June 10, 2008.**

DONE, this 19th day of May, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATE MAGISTRATE JUDGE