# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | * | |
| | * | |
| vs. | * | Case No: 1:08-cr-00029-MEF/TFM |
| | * | |
| **JASON EVERETT WALKER, et al.,** | * | |
| | * | |
| Defendants. | * | |

### NOTICE OF INTENT TO CHANGE PLEA

*COMES NOW* Defendant Jason Everett Walker, by and though his undersigned attorney, and hereby notifies the Court of his intent to change his previously entered plea of not guilty to guilty.

Defendant consents to have the plea taken before a Magistrate Judge.

Respectfully submitted,

**s/ Derek E. Yarbrough**
**Derek E. Yarbrough**
Bar Number: ASB-6664-R63D
Attorney for Defendant Jason Everett Walker
Motley, Motley & Yarbrough, LLC
Dan Clemmons Building
117 East Main Street
Dothan, Alabama 36301
Telephone: (334) 793-0051 Facsimile 793-9845
E-mail: motley@graceba.net

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | * | |
| | * | |
| vs. | * | Case No: 1:08-cr-00029-MEF/TFM |
| | * | |
| **JASON EVERETT WALKER, et al.,** | * | |
| | * | |
| Defendants. | * | |

### CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2008, the foregoing notice was filed on behalf of Defendant Jason Everett Walker with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Matthew W. Sheppard  
U.S. Attorney's Office  
P.O. Box 197  
Montgomery, AL 36101-0197  
Telephone: 334-223-7280  
Facsimile: 334-223-7135  
matthew.shepherd@usdoj.gov

Tommie Brown Hardwick  
U.S. Attorney's Office  
P.O. Box 197  
Montgomery, AL 36101-0197  
Telephone: 334-223-7280  
Facsimile: 334-223-7135  
tommie.hardwick@usdoj.gov

and a copy has been mailed by United States Postal Service to the following non-CM/ECF participants: None

                                             **s/ Derek E. Yarbrough**  
                                             **Derek E. Yarbrough**  
                                             Bar Number: ASB-6664-R63D  
                                             Attorney for Defendant Jason Everett Walker  
                                             Motley, Motley & Yarbrough, LLC  
                                             Dan Clemmons Building  
                                             117 East Main Street  
                                             Dothan, Alabama 36301  
                                             Telephone: (334) 793-0051  
                                             motley@graceba.net