IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
__SOUTHERN__ DIVISION

UNITED STATES OF AMERICA )
)
vs. ) CR NO. 1:08CR29-MEF
)
JASON EVERETT WALKER )

CONSENT

I, __Jason Everett Walker__, hereby declare my intention to enter a plea of guilty in the above case, and after conferring with my attorney, hereby consent to have a United States Magistrate Judge conduct the proceedings required by Rule 11 of the Federal Rules of Criminal Procedure incident to the making of such a plea and to adjudicate me guilty based on my plea of guilty. I understand that the District Judge to whom this case is assigned will decide later whether to accept or reject any plea agreement I may have with the United States and will impose sentence.

DONE, this the __13th__ Day of __June__, 20__08__.

_____
DEFENDANT

_____
ATTORNEY FOR DEFENDANT